Harry A. Mooney and Angeline Mooney, his wife, Appellants *v.* Township of Shenango, County of Lawrence, Pa., Appellee.

Argued December 7, 1979, before Judges Crumlish, Jr., Mencer and MacPhail, sitting as a panel of three.

*Harry O. Falls,* with him *Gordon C. Post, Jr.,* for appellants.

*William M. Panella,* with him *Alfred V. Papa,* for appellee.

Opinion by Judge Mencer, February 28, 1980:

Harry A. Mooney and Angeline Mooney appeal from an order of the Court of Common Pleas of Law-

rence County which dismissed their objections to a writ of execution on a municipal claim for sewer charges. We affirm the order of the lower court on the able opinion of President Judge HENDERSON, dated December 15, 1978 and entered at No. 7 of 1978 M.L.D., No. 128 of 1978 D.S.B., No. 20 of 1978 E.D.

Order affirmed.

## ORDER

AND Now, this 28th day of February, 1980, the order of the Court of Common Pleas of Lawrence County in the above captioned case, dated December 15, 1978, dismissing the objections of Harry A. Mooney and Angeline Mooney, his wife, to a writ of execution on a municipal claim for sewer charges, is hereby affirmed.

President Judge BOWMAN and Judge DiSALLE did not participate in the decision in this case.